UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TIM FOREMAN,

    Petitioner,

v.                                            Case No. 5:12-cv-429-Oc-30PRL

WARDEN, FCC COLEMAN- MEDIUM,

    Respondent.

## ORDER

In an order dated September 6, 2012, the Court dismissed this case without prejudice because Petitioner failed to pay the required filing fee or file a request to proceed as a pauper within thirty (30) days of the commencement of the case. (Doc. 3). Now before the Court is Petitioner's Motion for Reconsideration (Doc. 4), in which Petitioner states he had requested the filing fee be forwarded to the Court from the Coleman Correctional Institution. Upon inquiry with the Clerk, the Court notes the Clerk received Petitioner's filing fee on September 14, 2012, after this case was closed. Petitioners's filing fee was returned to him.

Upon due consideration, the Court finds the Motion for Reconsideration (Doc. 4) is due to be **GRANTED**. The Clerk is directed to reopen this case. Petitioner is directed to either resubmit his filing fee or a motion to proceed *in forma pauperis* within thirty days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on September 25, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE